*Summary Disposition November 25, 2015:*

PEOPLE V ALGER, No. 150746; Court of Appeals No. 322473. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we remand this case to the Court of Appeals for consideration as on leave granted.